UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Jose Sanchez-Gonzalez**<br><br>Defendant. | Magistrate Case No.<br>**'08 MJ 1254**<br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

FILED
08 APR 24 AM 10:04
DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **January 5, 2008,** within the Southern District of California, defendant, **Jose Sanchez-Gonzalez**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent,
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **24th** DAY OF **April 2008.**

UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
NAME: Sanchez-Gonzalez, Jose

## PROBABLE CAUSE STATEMENT

On Saturday, January 5, 2008, a Border Patrol Agent apprehended the defendant, Jose Sanchez-Gonzalez, for Illegal Entry. A parole officer subsequently revoked the defendant's parole status, and the defendant was booked into County jail. A Border Patrol Agent determined the defendant to be a citizen of Mexico and placed an I-247, Immigration hold, on January 8, 2008. On April 23, 2008, the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE), San Diego, California.

A Deportation Officer conducted a thorough review of the Alien Registration File and immigration computer databases. These checks identified the defendant as a citizen of Mexico who was previously ordered removed from the United States to Mexico by an Immigration Judge on October 16, 2002; and removed to Mexico on October 18, 2002, via the San Ysidro California Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States lawfully.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed his identity as Jose Sanchez-Gonzalez, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

The defendant was admonished as to his rights per Miranda in the Spanish language by a deportation officer, and witnessed by a deportation officer. The defendant acknowledged his rights per Miranda and elected to answer questions without counsel present. He acknowledged his name is Jose Sanchez-Gonzalez, that he is a citizen of Mexico by virtue of birth in Michoacan, Mexico on January 24, 1980, and that he had been removed from the United States and re-entered the United States unlawfully on or about January 5, 2008, with the aid of alien smugglers. The defendant further admitted he did not obtained a waiver after removal to enter the United States lawfully and admitted he knew it to be against the law to enter the United States after having been deported.

Based upon the foregoing information, there is probable cause to believe that Jose Sanchez-Gonzalez has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.